UNITED STATES DISTRICT AND BANKRUPTCY COURTS
FOR THE DISTRICT OF COLUMBIA

ABBAS BUSARI, Plaintiff
PLAINTIFF(S) NAME(S)

vs.

Case#: 1:23-cv-00483
CIVIL ACTION NO. (JUDGE'S INITIALS)

SAMANTHA POWER, NICOLE ANGARELLA
DEFENDANT(S) NAME(S)
(et al. can be used on this form)

## AFFIDAVIT OF SERVICE

I, ( Abbas Busari ), hereby declare that on the 22nd day of February, 2023, I mailed a copy of the summons and complaint, certified mail return receipt requested, to (Samantha Power, Nicole Angarella). a

Attached hereto is the certified green card acknowledging service.

### STAPLE GREEN CARD HERE
Make sure it bears the original signature of the person
who signed for the summons and complaint.

ORIGINAL SIGNATURE

**RECEIVED**
3/21/2023
Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

Case#: 1:23-cv-00483

USPS DELIVERY TRACKING CONFIRMATION

Tracking number 70180360000212783392

**Delivered**



February 27, 12:05PM
Washington, DC


Tracking number 70180360000212783385

**Delivered**



February 27, 12:05PM
Washington, DC


Tracking number 70180360000212783378

**Delivered**



February 27, 11:48AM
Dhs, VA


Tracking number 70222410000352797502

**Delivered**



February 28, 04:53AM
Washington, DC



```
                    BENJAMIN FRANKLIN
                 1200 PENNSYLVANIA AVE NW
                  WASHINGTON, DC 20004-2403
                       (800)275-8777
02/22/2023
                                              02:56 PM
-----------------------------------------------------
Product                  Qty    Unit       Price
                                Price
-----------------------------------------------------
Envelope 6X9              4     $0.59      $2.36
First-Class Mail®         1
Letter                                     $0.63
   Washington, DC 20523
   Weight: 0 lb 0.90 oz
   Estimated Delivery Date
      Fri 02/24/2023
   Certified Mail®                         $4.15
      Tracking #:
         70180360000212783392
Total                                      $4.78

First-Class Mail®         1
Letter                                     $0.63
   Washington, DC 20523
   Weight: 0 lb 0.90 oz
   Estimated Delivery Date
      Fri 02/24/2023
   Certified Mail®                         $4.15
      Tracking #:
         70180360000212783385
Total                                      $4.78

First-Class Mail®         1
Letter                                     $0.63
   Washington, DC 20530
   Weight: 0 lb 0.90 oz
   Estimated Delivery Date
      Fri 02/24/2023
   Certified Mail®                         $4.15
      Tracking #:
         70180360000212783378
Total                                      $4.78

First-Class Mail®         1
Letter                                     $0.63
   Washington, DC 20530
   Weight: 0 lb 0.90 oz
   Estimated Delivery Date
      Fri 02/24/2023
   Certified Mail®                         $4.15
      Tracking #:
         70222410000352797502
Total                                      $4.78
-----------------------------------------------------
Grand Total:                               $21.48
-----------------------------------------------------
Debit Card Remit                           $21.48
   Card Name: MasterCard
   Account #: XXXXXXXXXXXX4169
   Approval #:
   Transaction #: 267
   Receipt #: 033134
   Debit Card Purchase: $21.48
   AID: A0000000042203        Chip
   AL: Debit
   PIN: Verified
                                           Debit
-----------------------------------------------------

Text your tracking number to 28777 (2USPS)
to get the latest status. Standard Message
and Data rates may apply. You may also
visit www.usps.com USPS Tracking or call
              1-800-222-1811.

In a hurry? Self-service kiosks offer
```

